IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Oni, Sharon D

Printed: 10/29/08

Case Number: 05 B 63166
Judge: Wedoff, Eugene R
Filed: 10/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 4, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,450.00 |  |
| Secured: |  | 4,671.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,750.20 |
| Trustee Fee: |  | 428.75 |
| Other Funds: |  | 600.00 |
| Totals: | 8,450.00 | 8,450.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,200.20 | 2,200.20 |
| 2. | Robert J Semrad & Associates | Administrative | 550.00 | 550.00 |
| 3. | Triad Financial Services | Secured | 9,384.77 | 4,140.79 |
| 4. | U S Auto Title Lenders | Secured | 1,249.75 | 530.26 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 41.00 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 480.44 | 0.00 |
| 7. | Nicor Gas | Unsecured | 38.69 | 0.00 |
| 8. | Capital One | Unsecured | 98.06 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 4.49 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 7.67 | 0.00 |
| 11. | Allied Data Corp | Unsecured |  | No Claim Filed |
| 12. | Alliance One | Unsecured |  | No Claim Filed |
| 13. | Encore | Unsecured |  | No Claim Filed |
| 14. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Baron's Creditor Svc | Unsecured |  | No Claim Filed |
| 17. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | Linebarger Goggan Blair Pena & Samp | Unsecured |  | No Claim Filed |
| 19. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 20. | Statewide Credit Assn., Inc. | Unsecured |  | No Claim Filed |
| 21. | GEMB | Unsecured |  | No Claim Filed |
| 22. | TCF Bank | Unsecured |  | No Claim Filed |
| 23. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 24. | Park Dansan | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,055.07 | $ 7,421.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Oni, Sharon D

Printed: 10/29/08

Case Number:  05 B 63166
Judge:  Wedoff, Eugene R
Filed:  10/20/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 132.00 |
| 5% | 52.50 |
| 4.8% | 52.17 |
| 5.4% | 114.08 |
| 6.5% | 78.00 |
|  | $ 428.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

